## **INDEX OF EXHIBITS**

**Exhibit 1**- Settlement Agreement and Release

- GM MPG C/A Settlement Agreement Exhibit Index

**Exhibit 2**- The Miller Law Firm, P.C. Firm Resume

**Exhibit 3**- McCune Wright LLP Firm Resume

**Exhibit 4-** Unpublished Cases