## GM MPG C/A SETTLEMENT AGREEMENT EXHIBITS

| EXHIBIT | DOCUMENT DESCRIPTION |
|---------|----------------------|
| A | Class Notice |
| B | List of Vehicle Identification Numbers of Class Members' Class Vehicles |
| C | Proposed Preliminary Approval Order |
| D | Claim Form |